IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CAROLINE PEREZ and MARIA T. PEREZ, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>DEL MONTE FRESH PRODUCE, N.A., INC., a Florida Foreign Business Corporation,<br><br>       Defendant. | 3:10-CV-00675-AC<br><br>JUDGMENT |

Based on the Court's Opinion and Order (#67) issued August 19, 2011, this matter is **REMANDED** to Multnomah County Circuit Court.

DATED this 19th day of August, 2011.

                                            /s/ Anna J. Brown

                                            ANNA J. BROWN
                                            United States District Judge

ORDER OF REMAND