```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON

                              PORTLAND DIVISION


CAROLINE PEREZ and MARIA                3:10-CV-00675-AC
T. PEREZ, individually and
on behalf of all others                 JUDGMENT
similarly situated,

            Plaintiffs,

v.

DEL MONTE FRESH PRODUCE, N.A.,
INC., a Florida Foreign
Business Corporation,

            Defendant.
```

Based on the Court's Opinion and Order (#67) issued August 19, 2011, this matter is **REMANDED** to Multnomah County Circuit Court.

DATED this 19th day of August, 2011.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

ORDER OF REMAND